IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

OSCAR SHINE,                          )
                                      )
            PLAINTIFF,                )
                                      )
VS.                                   ) CASE NO. CV107-156
                                      )
MATT PERKINS, TERRELL                 )
YELVERTON, JOSH STEPHENS, AND         )
SCOTT TERRY,                          )
                                      )
            DEFENDANTS.               )

## DISMISSAL WITH PREJUDICE

All parties in the above case having stipulated to a dismissal of this case with prejudice, pursuant to Federal Rule 41(a)(1)(A)(ii), the case is hereby DISMISSED, with prejudice. Each party is to bear its own costs.

SO ORDERED, this 21st day of August, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRIC JUDGE
SOUTHERN DISTRICT OF GEORGIA

1